UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETRA TONI SAM-CHANHKHIAO,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil No. 2:25-cv-02514-WBS-CSK

STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  Because Plaintiff's date last insured expired before the date of the hearing decision, the Appeals Council (AC) will not require the Administrative Law Judge (ALJ) to provide Plaintiff another hearing.  Upon remand, the AC will direct that this case be assigned to a new ALJ who will be instructed to further consider the opinion evidence; take any further action needed to complete the administrative record; and to issue a new decision for the period prior to February 13, 2019.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  March 31, 2026

/s/ *Francesco Benavides*\*
FRANCESCO BENAVIDES
Attorney for Plaintiff
\*Authorized via e-mail on March 31, 2026

Dated: March 31, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:     /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  March 31, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2